NUMBER 13-07-265-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


HEATHER RIOJAS, Appellant,


v.



JAVIER HERNANDEZ, Appellee.

______________________________________________________________


On appeal from County Court at Law No. 5 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, HEATHER RIOJAS, perfected an appeal from a judgment entered by
County Court at Law No. 5 of Nueces County, Texas, in cause number 07-60008-5. After
the notice of appeal was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that she no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's motion
to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 14th day of June, 2007.